IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
UNITED STATES OF AMERICA    )
                            )
v.                          )    CASE NO. CR415-091
                            )
HERBERT LEWIS,              )
                            )
    Defendant.              )
                            )
```

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 29), to which objections have been filed (Doc. 35). After a careful de novo review of the record, the Court finds Defendant's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Defendant's Motion to Suppress (Doc. 20) is **DENIED**.

SO ORDERED this 9th day of September 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
SEP -9 2015
CLERK
SO. DIST. OF GA